HERMAN JACOBS, Appellant, *v.* NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

Supreme Court, Appellate Term, First Department, November 14, 1935.

*Naphtali & Raisman [Mathias Naphtali* of counsel], for the appellant.

*Samuel D. Macpeak [Henry H. Abramowitz* of counsel], for the respondent.

PER CURIAM. The short Statute of Limitations provided in the policy did not begin to run until the appraisal award was filed with the company. The commencement of the action in 1934 was, therefore, timely. (*Steen* v. *Niagara Fire Ins. Co.*, 89 N. Y. 315; *Steele* v. *Phenix Ins. Co.*, 51 Fed. 715.)

Judgment reversed, with thirty dollars costs, and judgment directed for plaintiff as demanded in the complaint. Appeal from order dismissed.

All concur. Present — LYDON, CALLAHAN and SHIENTAG, JJ.